# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMAL VARISTE

NO. 2024 KW 0337

**JULY 15, 2024**

In Re:     Jamal Variste, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           03-14-0058.

**BEFORE:   WOLFE, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on
relator's motion to set aside conviction and dismiss prosecution,
filed on or about November 15, 2023, on or before August 12, 2024.
A copy of the district court's action shall be filed in this court
on or before August 19, 2024.

                         **EW**
                         **CHH**
                         **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT